**Order entered March 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00985-CV

---

**ALAA MOHAMAMD WEISS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

---

## ORDER

The clerk's record in this case is overdue. By postcard dated November 27, 2018, we notified the Dallas County Clerk that the clerk's record was past due and directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not made paid for or made arrangements to pay for the clerk's record and he has not been found*

*entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal.*

*See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

John Warren
Dallas County Clerk

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE